# United States District Court
## Violation Notice

NP19132421

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC60 | 9076431 | Kraus | 29 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 08/04/2019 1040
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 2.35(b)(2)
Place of Offense: Cape Lookout Nat'l Seashore, Long Point Cabin Camp
Offense Description: Factual Basis for Charge: Possession of <1 oz. marijuana — Count 1

**DEFENDANT INFORMATION**
Last Name: Hauser
First Name: John
M.I.: T

## REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| (redacted) | NC | 12 | Honda Ridgeline | ☐ | GRY |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500 Forfeiture Amount
+ $30 Processing Fee
$ 530 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: ___ Date: ___ Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: (signed)

Original - CVB Copy
*9076431*

CVB SCAN 08/30/2019 10:3

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/30/2019 10:3

FILED
DEC 11 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY: ___ DEP CLK

4:19-mj-1156-RJ

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 4th, 2019 while exercising my duties as a law enforcement officer in the Eastern District of North Carolina, a subject, later identified as John Hauser, came into the Long Point Cabin Camp Office smelling like marijuana. After questioning him and his two associates, he went out to their vehicle and handed me one marijuana joint. Initially, he said they smoked it all and then changed his story. I seized the marijuana and issued him a citation for possession of <1 oz. of marijuana.

EC60
VN #: 9076431.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __08/04/2019__    _F. Khaus_
            Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (mm/dd/yyyy)    U.S. Magistrate Judge